IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARRINGTON KEVON JOSEPH,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-5507** |
| | : | |
| **MARIKA MERRITT**, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 11th day of November, 2025, upon consideration of Plaintiff Carrington Kevon Joseph's *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction without leave to amend, for the reasons stated in the Court's Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**